**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
TROY JONES,                   :
                              :
        Plaintiff,            :
                              :
v.                            :    CASE NO. 3:23CV580(AWT)
                              :
J. NASH, Acting Warden of     :
FCI Danbury, in his official  :
capacity,                     :
                              :
        Defendant.            :
                              :
------------------------------x
```

<u>**ORDER DISMISSING HABEAS PETITION**</u>

Petitioner Troy Jones, a federal prisoner held at the Federal Correctional Institution at Danbury, has filed a petition seeking application of First Step Act ("FSA") earned time credits.  He moves for an order requiring the Bureau of Prisons to release him from custody immediately.  His good conduct release date is July 24, 2023.

Because Jones's good conduct release date is so near, the court appointed counsel for him, and the respondent filed a response on an expedited schedule.  <u>See</u> Response to Show Cause Order (ECF No. 9) at 1.  A telephonic status conference was held on June 27, 2023, and counsel for the petitioner stated that, after conferring with his client, he would not be filing a reply to the Response to Show Cause Order.

As was discussed during the telephonic status conference, the petitioner is currently statutorily ineligible to have FSA credits applied.  As explained in the Response to Show Cause Order:

> [T]he Respondent must be satisfied that the prisoner "has made a good faith effort to lower their recidivism risk through participation in recidivism reduction programs or productive activities." <u>See</u> 28 C.F.R. 523.44(c)(2)(ii). BOP Program Statement 5410.02, CN-2, provides that this "good faith effort" is demonstrated by, among other things, maintaining clear conduct for at least three years.

Response to Show Cause Order at 5.

Accordingly, the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is hereby DISMISSED.

The Clerk shall close this case.

It is so ordered.

Signed this 29th day of June 2023 at Hartford, Connecticut.

_____
/s/AWT
Alvin W. Thompson
United States District Judge
